# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LATISHA BARCIA

VERSUS

REBEL BARCIA

NO. 2026 CW 0873

AUGUST 6, 2026

---

In Re:  Rebel Barcia, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 20253290.

---

BEFORE:  WOLFE, STROMBERG, AND BALFOUR, JJ.

   **STAY DENIED; WRIT NOT CONSIDERED.** This writ application is untimely. Uniform Rules of Louisiana Courts of Appeal, Rule 4-3, provides that "[t]he return date in civil cases shall not exceed 30 days from the date of notice of judgment, as provided in La. C.C.P. art. 1914." The hearing was held on May 26, 2026. Pursuant to the minutes, some rulings were not ordered reduced to writing, and accordingly, notice of those rulings in open court constituted notice for purposes of the time delay. The ruling on the interim spousal support was ordered reduced to writing, the judgment was signed and notice was issued on June 3, 2026. Relator's notice of intent was filed more than thirty days later, on July 13, 2026, and relator failed to establish the late filing was not due to his fault.

   Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 and 4-9.

EW
TPS
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT